McGREGOR W. SCOTT
United States Attorney
ROGER YANG
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00134 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| TIAN HE TAN, and JENNY CHU, | DATE: September 13, 2018 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on September 13, 2018.

2.      By this stipulation, defendants now move to continue the status conference until December 13, 2018, and to exclude time between September 13, 2018, and December 13, 2018, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case includes approximately 21,650 pages, which has been produced on a rolling basis to the defense counsel.

b)      Counsel for defendants desire additional time to review this discovery, consult with their clients, conduct additional investigation and research into this case in light of that discovery and consultation, and to otherwise prepare for trial.

1    c)    Counsel for defendants believe that failure to grant the above-requested
2  continuance would deny them the reasonable time necessary for effective preparation, taking into
3  account the exercise of due diligence.

4    d)    The government does not object to the continuance.

5    e)    Based on the above-stated findings, the ends of justice served by continuing the
6  case as requested outweigh the interest of the public and the defendant in a trial within the
7  original date prescribed by the Speedy Trial Act.

8    f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
9  et seq., within which trial must commence, the time period of September 13, 2018 to December
10  13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local
11  Code T4] because it results from a continuance granted by the Court at defendant's request on
12  the basis of the Court's finding that the ends of justice served by taking such action outweigh the
13  best interest of the public and the defendant in a speedy trial.

14  ///
15  ///
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 10, 2018                                    McGREGOR W. SCOTT
                                                             United States Attorney


                                                             /s/ MATTHEW M. YELOVICH
                                                             ROGER YANG
                                                             MATTHEW M. YELOVICH
                                                             Assistant United States Attorneys


Dated:  September 10, 2018                                    /s/ MARK J. REICHEL
                                                             MARK J. REICHEL
                                                             Counsel for Defendant
                                                             TIAN HE TAN


Dated:  September 10, 2018                                    /s/ CANDICE L. FIELDS
                                                             CANDICE L. FIELDS
                                                             Counsel for Defendant
                                                             JENNY CHU


**ORDER**

IT IS SO ORDERED.


DATED:  September 12, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE