1  MARK J. REICHEL, State Bar #155034
   Attorney at Law
2  455 Capitol Mall, Ste. 802
   Sacramento, CA 95814
3  Telephone:  (916) 498-9258

4  Attorney for TIAN HE TEN

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,              CASE NO.  18-134 MCE

11                        Plaintiff,       STIPULATION TO CONTINUE STATUS
                                           CONFERENCE
                v.
12                                         DATE: APRIL 11, 2019
    TIAN HE TAN, JENNY CHU                 TIME:  9:00 a.m.
13                        Defendants.      HON MORRISON C. ENGLAND JR.

14

15       IT IS HEREBY STIPULATED by and between the parties hereto through their

16  respective counsel, the undersigned Assistant United States Attorney, attorney for

17  Plaintiff, and the undersigned attorneys for defendants, that the STATUS

18  CONFERENCE shall be re calendared for April 11, 2019.  Defense counsel Reichel

19  starts trial in the Eastern District of California on February 19, 2019, which is expected to

20  last 4 weeks.  As well, the parties and all counsel are presently reviewing discovery,

21  investigating matters and engaging in preparation for either motion work or negotiations

22  on the case.

23       Both defense counsel need the additional time to review discovery, explore

24  potential defenses, and conduct legal research and factual development.  Accordingly, all

25  counsel and defendant agree that time under the Speedy Trial Act from the date this

26  stipulation is lodged, through April 11, 2019 should be excluded in computing the time

27  within which trial must commence under the Speedy Trial Act, pursuant to Title 18

28  U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance

                                         1

serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Defense counsel Mark Reichel has personally spoken with both defendants and hereby avers to the court that both defendants understand the matters occurring in the case at present, and avers that both defendants personally agrees to the new court date of April 11, 2019 and understands the reasons for the requested continuance.

Dated: February 7, 2019

By:   *MARK J. REICHEL*

Attorney for Defendant TAN

/s/*CANDICE FIELDS*

Attorney for Defendant CHU

MCGREGOR SCOTT
United States Attorney

*/s/ Mark J. Reichel for*

_____
MATTHEW YELOVICH
Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated:  February 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2