McGREGOR W. SCOTT
United States Attorney
ROGER YANG
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00134 MCE |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| TIAN HE TAN, and JENNY CHU, | DATE: April 11, 2019 TIME: 10:00 a.m. COURT: Hon. Morrison C. England, Jr. |
| Defendants. | |

**STIPULATION**

1.      By previous order, this matter was set for status on April 11, 2019.

2.      By this stipulation, defendants now move to continue the status conference until June 6, 2019, and to exclude time between April 11, 2019, and June 6, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes approximately 21,650 pages, which has been produced on a rolling basis to the defense counsel. Additional discovery is anticipated in the coming weeks. Moreover, the United States filed a notice of related cases in this matter. If this case is ordered related to the others mentioned in that filing, the United States will be producing voluminous additional discovery from those cases to defense counsel in this case.

        b)      Counsel for defendants desire additional time to review this discovery, consult

1    with their clients, conduct additional investigation and research into this case in light of that

2    discovery and consultation, and to otherwise prepare for trial.

3         c)    Counsel for defendants believe that failure to grant the above-requested

4    continuance would deny them the reasonable time necessary for effective preparation, taking into

5    account the exercise of due diligence.

6         d)    The government does not object to the continuance.

7         e)    Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10         f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11    et seq., within which trial must commence, the time period of April 11, 2019 to June 6, 2019,

12    inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

13    because it results from a continuance granted by the Court at defendant's request on the basis of

14    the Court's finding that the ends of justice served by taking such action outweigh the best interest

15    of the public and the defendant in a speedy trial.

16    ///

17    ///

18    ///

19    ///

20    ///

21    ///

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 8, 2019                                    McGREGOR W. SCOTT
                                                        United States Attorney


                                                        /s/ MATTHEW M. YELOVICH
                                                        ROGER YANG
                                                        MATTHEW M. YELOVICH
                                                        Assistant United States Attorneys


Dated:  April 8, 2019                                   /s/ MARK J. REICHEL
                                                        MARK J. REICHEL
                                                        Counsel for Defendant
                                                        TIAN HE TAN


Dated:  April 8, 2019                                   /s/ CANDICE L. FIELDS
                                                        CANDICE L. FIELDS
                                                        Counsel for Defendant
                                                        JENNY CHU


## ORDER

IT IS SO ORDERED.

Dated:  April 9, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE