McGREGOR W. SCOTT
United States Attorney
ROGER YANG
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                       Plaintiff,<br><br>          v.<br><br>TIAN HE TAN, and<br>JENNY CHU,<br><br>                    Defendants. | CASE NO. 2:18-CR-00134 MCE<br><br>STIPULATION REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT;<br>ORDER<br><br>DATE: June 6, 2019<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.      By previous order, this matter was set for status on June 6, 2019.

2.      By this stipulation, defendants now move to continue the status conference until August 22, 2019, and to exclude time between June 6, 2019, and August 22, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

a)      The government has represented that the discovery associated with this case initially included approximately 21,650 pages, which had been produced on a rolling basis to the defense counsel. On April 16, 2019, the Court ordered this case related with Case Nos. 2:18-cr-198 and 2:18-cr-258. As a result, the government is in the process of producing all of the discovery from those related cases to counsel in this case. That discovery includes over 1.2 million pages of email records, investigative reports, and other items obtained during the investigation.

1  b) Counsel for defendants require additional time to review this discovery, consult
2  with their clients, conduct additional investigation and research into this case in light of that
3  discovery and consultation, and to otherwise prepare for trial.

4  c) Counsel for defendants believe that failure to grant the above-requested
5  continuance would deny them the reasonable time necessary for effective preparation, taking into
6  account the exercise of due diligence.

7  d) The government does not object to the continuance.

8  e) Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the
10  original date prescribed by the Speedy Trial Act.

11  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12  et seq., within which trial must commence, the time period of June 6, 2019 to August 22, 2019,
13  inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4]
14  because it results from a continuance granted by the Court at defendant's request on the basis of
15  the Court's finding that the ends of justice served by taking such action outweigh the best interest
16  of the public and the defendant in a speedy trial.

17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Stipulation Regarding Excludable Time
Periods Under Speedy Trial Act

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  May 31, 2019                                    McGREGOR W. SCOTT
                                                        United States Attorney


                                                        /s/ MATTHEW M. YELOVICH
                                                        ROGER YANG
                                                        MATTHEW M. YELOVICH
                                                        Assistant United States Attorneys


Dated:  May 31, 2019                                    /s/ MARK J. REICHEL
                                                        MARK J. REICHEL
                                                        Counsel for Defendant
                                                        TIAN HE TAN


Dated:  May 31, 2019                                    /s/ CANDICE L. FIELDS
                                                        CANDICE L. FIELDS
                                                        Counsel for Defendant
                                                        JENNY CHU


## ORDER

IT IS SO ORDERED.

Dated:  June 4, 2019

                                                        MORRISON C. ENGLAND, JR
                                                        UNITED STATES DISTRICT JUDGE