MARK J. REICHEL, State Bar #155034
Attorney at Law
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for TIAN HE TEN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>                    v.<br><br>TIAN HE TAN, JENNY CHU<br>                                   Defendants. | CASE NO. 18-134 MCE<br><br>STIPULATION TO CONTINUE STATUS<br>CONFERENCE<br><br>DATE: DECEMBER 5, 2019<br>TIME: 9:00 a.m.<br>HON MORRISON C. ENGLAND JR. |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their

respective counsel, the undersigned Assistant United States Attorney, attorney for

Plaintiff, and the undersigned attorneys for defendants, that the STATUS

CONFERENCE shall be re calendared for December 5, 2019. Both Defense counsel are

now or will be very soon in possession of a very large amount of discovery. As well,

new defense counsel Cozens has just this date been substituted in as counsel for Ms. Chu,

replacing Ms. Fields.

　　　　From the time of the lodging of this stipulation, current defense counsel aver that

they will be obtaining and reviewing a very large amount of discovery, will be

conducting legal research, collecting facts either by subpoena or investigation and

interviews, and will be otherwise efficiently working on the case.

1

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through December 5, 2019 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Defense counsel represent that they have discussed the need for a continuance with their clients, and the defendants understand their rights under the Speedy Trial Act, and consent and agree to an exclusion of time as requested through the new status date.

Dated: August 20, 2019

By: *MARK J. REICHEL*

Attorney for Defendant TAN

/s/*PHILIP COZENS*
Attorney for Defendant CHU

MCGREGOR SCOTT
United States Attorney

*/s/ Mark J. Reichel for*
_____
MATTHEW YELOVICH
Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED.

Dated:  August 28, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE