| | |
|---|---|
| 1 | MARK J. REICHEL, State Bar #155034<br>Attorney at Law |
| 2 | 455 Capitol Mall, Ste. 802<br>Sacramento, CA 95814 |
| 3 | Telephone: (916) 498-9258 |
| 4 | Attorney for TIAN HE TEN |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>TIAN HE TAN, JENNY CHU<br>     Defendants. | CASE NO. 18-134 MCE<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE: FEBRUARY 6, 2020<br>TIME: 9:00 a.m.<br>HON MORRISON C. ENGLAND JR. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorneys for defendants, that the STATUS CONFERENCE shall be re calendared for February 6, 2020. Both Defense counsel are now in possession of a very large amount of discovery.

From the time of the lodging of this stipulation, current defense counsel aver that they will be obtaining and reviewing a very large amount of discovery, will be conducting legal research, collecting facts either by subpoena or investigation and interviews, and will be otherwise efficiently working on the case.

1

Accordingly, all counsel and defendants agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 6, 2020 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Both defense counsel have personally spoken with both defendants and hereby avers to the court that both defendants understand the matters occurring in the case at present, and avers that both defendants personally agree to the new court date of February 6, 2020 and understand the reasons for the requested continuance, understand their rights to a Speedy Trial, and thereby consent and agree to the exclusion of time as requested.

December 3, 2019

*MARK REICHEL*

Attorney for Defendant TAN

/s/*PHILIP COZENS*

Attorney for Defendant CHU

MCGREGOR SCOTT
United States Attorney

*/s/ ROGER YANG*

_____

ROGER YANG
Assistant U.S. Attorney

## ORDER

The Court adopts the stipulation of the parties as its order, and time is excluded as set forth above.

IT IS SO ORDERED.

Dated: December 11, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE