MARK REICHEL  SBN 155034
ATTORNEY AT LAW
455 Capitol Mall 8th Floor
Sacramento, CA 95814
Telephone:  (916) 498-9258

Attorney for Defendant Tan
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-00134 JAM |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TIEN HE TAN, JENNY CHU, | DATE: August 23, 2022 TIME: 9:30 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

This case was set for status on June 7, 2022.

This Court should consider the following case-specific facts in finding excludable delay appropriate in this particular case under the ends-of-justice exception, § 3161(h)(7) (Local Code T4). [1] If continued, this Court should designate a new date for the status hearing.  *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, defendants now move to set a status conference on August 23, 2022, at 9:30 a.m. and to exclude time between June 7, 2022, and August 23, 2022 under 18 U.S.C.

---

[1] The parties note that General Order 612 acknowledges that a district judge may make "additional findings to support the exclusion" at the judge's discretion.  General Order 612, ¶ 5 (E.D. Cal. March 18, 2020).

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

§ 3161(h)(7)(A), B(iv) [Local Code T4].

2. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes voluminous digital evidence, thousands of pages of financial and real estate records, and evidence against other alleged co-conspirators. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to go through the voluminous discovery. Counsel for Jenny Chu specifically requests additional time to discuss discovery with his client. Counsel for Tien Tan will be in various state trials and hearings as well as federal hearings in the middle of June 2002 through middle August 2022, as does counsel for Ms. Chu. Both counsel will therefore be unavailable.

   c) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 7, 2022 to August 23, 2022 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

   IT IS SO STIPULATED.

Dated:  June 3, 2022                        PHILLIP A. TALBERT
                                            United States Attorney

                                            /s/ ROGER YANG
                                            ROGER YANG
                                            Assistant United States Attorney

Dated: June 3, 2022                         /s/ MARK J. REICHEL
                                            MARK J. REICHEL
                                            Counsel for Defendant
                                            TIEN HE TAN

Dated:  June 3, 2022

                                    By:     /s/ PHILIP COZENS
                                            PHILIP COZENS
                                            Counsel for Defendant JENNY
                                            CHU

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 3rd day of June 2022

                                            /s/ John A. Mendez
                                            THE HONORABLE JOHN A. MENDEZ
                                            UNITED STATES DISTRICT COURT JUDGE