MARK REICHEL  ATTORNEY AT LAW
455 Capitol Mall, 8th Floor
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
TIEN HE TAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:18-CR-00134 JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| TIEN HE TAN, JENNY CHU, | DATE: December 6, 2022 TIME: 10:00 a.m. COURT: Hon. John A. Mendez |
| Defendants. | |

This case was set for status on October 18, 2022.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous stipulation, this matter was set for status on October 18, 2022.

2. By this stipulation, defendants now move to set a status conference on December 6, 2022, at 9:00 a.m., and to exclude time between October 18, 2022, and December 6, 2022 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes voluminous digital evidence, thousands of pages of financial and real estate records, and evidence against other alleged co-conspirators.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b) Counsel for defendants desire additional time to go through the voluminous

discovery. Counsel for Jenny Chu specifically requests additional time to discuss discovery with his client and he is in a state murder trial in Sacramento Superior Court; Counsel for Tien Tan has been ill with vertigo and unable to meet, and is also set to be in a contested state hearing out of the area the week of October 18. In addition, counsel for Tien Tan will be in a state trial in the middle of November and will be unavailable.

      c)    Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)    The government does not object to the continuance.

      e)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 18, 2022 to December 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  October 13, 2022                              PHILLIP A. TALBERT
                                                                United States Attorney

                                                                /s/ ROGER YANG
                                                                ROGER YANG
                                                                Assistant United States Attorney

Dated:  October 13, 2022            /s/ MARK J. REICHEL
                                                      MARK J. REICHEL
                                                      Counsel for Defendant
                                                      TIEN HE TAN

Dated:  October 13, 2022

                                        By:  /s/ PHILIP COZENS
                                                    PHILIP COZENS
                                                    Counsel for Defendant JENNY CHU

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of October, 2022.


                                                    /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE