MARK REICHEL  ATTORNEY AT LAW
455 Capitol Mall, 8th Floor
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
TIEN HE TAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIEN HE TAN,<br>JENNY CHU,<br><br>　　　　　　　　　　Defendants. | CASE NO.  2:18-CR-00134 JAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 28, 2023<br>TIME: 10:00 a.m.<br>COURT: Hon. John A. Mendez |

This case was set for status on December 6, 2022.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.　By previous stipulation, this matter was set for status on December 6, 2022.

2.　By this stipulation, defendants now move to set a status conference on February 28, 2023, at 9:00 a.m., and to exclude time between December 6, 2022, and February 28, 2023 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3.　The parties agree and stipulate, and request that the Court find the following:

　　a)　The government has represented that the discovery associated with this case includes voluminous digital evidence, thousands of pages of financial and real estate records, and evidence against other alleged co-conspirators.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

　　b)　Counsel for defendants desire additional time to go through the voluminous

discovery. Counsel for Jenny Chu specifically requests additional time to discuss discovery with his client and he is in a state trial in Sacramento Superior Court; Counsel for Tien Tan had been ill with vertigo and unable to meet, and is also set to be in a contested state hearing out of the area the week of December 6. In addition, counsel for Tien Tan will be in a state trial in the middle of January 2023 and will be unavailable.

   c) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 6, 2022 to December 6, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

  4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

Dated: December 2, 2022         PHILLIP A. TALBERT
                   United States Attorney

                   /s/ ROGER YANG
                   ROGER YANG
                   Assistant United States Attorney

Dated:  December 2, 2022		/s/ MARK J. REICHEL
              MARK J. REICHEL
              Counsel for Defendant
              TIEN HE TAN

Dated:  December 2, 2022
          By:  /s/ PHILIP COZENS
            PHILIP COZENS
            Counsel for Defendant JENNY CHU

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 2nd day of December, 2022.

            /s/ John A. Mendez
            THE HONORABLE JOHN A. MENDEZ
            SENIOR UNITED STATES DISTRICT JUDGE