MARK REICHEL  SBN 155034
**Attorney At Law**
455 Capitol Mall 8th Floor
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for Defendant TIAN TAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TIAN TAN, JENNY CHU,<br><br>　　　　　Defendants. | CASE NO.  6.2:18-CR-00134<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: February 28, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

This case was set for status on February 28, 2023.

This Court should consider the following case-specific facts in finding excludable delay appropriate in this particular case under the ends-of-justice exception, § 3161(h)(7) (Local Code T4).[1]  If continued, this Court should designate a new date for the status hearing.  *United States v. Lewis,* 611 F.3d 1172, 1176 (9th Cir. 2010) (noting any pretrial continuance must be "specifically limited in time").

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendant's counsel of record, hereby stipulate as follows:

1. By this stipulation, defendants now move to set a status conference on May 2, 2023, at 9:00 a.m., and to exclude time between February 28, 2023, and May 2, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

---

[1] The parties note that General Order 612 acknowledges that a district judge may make "additional findings to support the exclusion" at the judge's discretion.  General Order 612, ¶ 5 (E.D. Cal. March 18, 2020).

2. The parties agree and stipulate, and request that the Court find the following:

a) The government and defendant, through defense counsel, agree to and request the continuance from February 28, 2023, at 9:00 a.m. to May 2, 2023, at 9:00 a.m.

b) The government has represented that the discovery associated with this case includes voluminous digital evidence, thousands of pages of discovery and evidence against other alleged co-conspirators. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

c) Counsel for defendants desire additional time to go through the voluminous discovery. Counsel requests additional time to discuss discovery with his client; counsel will be in various state trials and hearings as well as federal hearings in March through April 2023, and will therefore be unavailable.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government agrees to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 28, 2023 to May 2, 2023 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: February 24, 2023					PHILLIP A. TALBERT
							United States Attorney

							/s/ *Roger Yang*
							ROGER YANG
							Assistant United States Attorney

Dated: February 24, 2023				/s/ *Mark Reichel*
							Mark Reichel
							Counsel for Defendant
							TIAN TAN

Dated: February 24, 2023				/s/ *Phil Cousens*
							Phil Cousens
							Counsel for Defendant
							JENNY CHU

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 24th day of February 2023

							/s/ John A. Mendez
							THE HONORABLE JOHN A. MENDEZ
							SENIOR UNITED STATES DISTRICT JUDGE