MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
TIEN HE TAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>TIEN HE TAN,<br>JENNY CHU,<br><br>                    Defendants. | CASE NO.  2:18-cr-00134 JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: May 23, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

This case was set for status on May 2, 2023.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous stipulation, this matter was set for status on May 2, 2023.

2. By this stipulation, defendants now move to set a status conference on **May 23, 2023, at 09:00 a.m.,** and to exclude time between May 2, 2023, and May 23, 2023 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes voluminous digital evidence, thousands of pages of financial and real estate records, and evidence against other alleged co-conspirators. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) Counsel for defendants' desire additional time to go through the voluminous

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

discovery.  Counsel for Jenny Chu specifically requests additional time to discuss discovery with his client and he is in a state trial in Sacramento Superior Court; Counsel for Tien Tan had been ill with vertigo and unable to meet, and is also set for trial the entire month of May in both Sacramento Superior Court in People v Yazzie and in El Dorado Superior Court in People v Brown.

        c)       Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)       The government does not object to the continuance.

        e)       Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)       For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 2, 2023 to May 23, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.       Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: April 28, 2023                           PHILLIP A. TALBERT
                                                    United States Attorney

                                                    /s/ ROGER YANG
                                                    ROGER YANG
                                                    Assistant United States Attorney

Dated: April 28, 2023        /s/ MARK J. REICHEL
                             MARK J. REICHEL
                             Counsel for Defendant
                             TIEN HE TAN

Dated: April 28, 2023    By: /s/ PHILIP COZENS
                             PHILIP COZENS
                             Counsel for Defendant JENNY
                             CHU

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: April 28, 2023        /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE