MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
TIEN HE TAN

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>TIEN HE TAN,<br>JENNY CHU,<br><br>                Defendants. | CASE NO.  2:18-CR-00134 JAM<br><br>**STIPULATION TO SET TRIAL DATE AND TCH DATE; STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE: December 4, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By this stipulation, all parties now move to set a **trial date of December 4, 2023, at 09:00 a.m., and a Trial Confirmation Hearing date of October 31, 2023, at 09:00 a.m**., and to exclude time May 19, 2023 and December 4, 2023 under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

2. The parties agree and stipulate, and request that the Court find the following:

    a) Counsel for defendants are involved in state and federal criminal trials until the dates set for this trial.  Counsel for Tan is in trial in June of 2023 in Sacramento Superior Court in *People v Yazzie, People v Cruz;* is in trial in July and August in San Diego Superior Court in *People v Smith;* is in trial in Placer County Superior Court in July and August in *People v Kevin Davis*; is in trial in the Northern District Court in *United States v Bruce Anderson*; is in trial in October 2023 in state court in Amador County Superior Court in *People v Marquez*.  That

defense counsel is therefore unavailable for this trial until the date of December 4, 2023.

        b)      Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        c)      The government does not object to the continuance.

        d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of May 23, 2022, to December 4, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

3.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  May 19, 2023                            PHILLIP A. TALBERT
                                                  United States Attorney

                                                  /s/ ROGER YANG
                                                  ROGER YANG
                                                  Assistant United States Attorney

| | |
|---|---|
| Dated: May 19, 2023 | /s/ MARK J. REICHEL<br>MARK J. REICHEL<br>Counsel for Defendant<br>TIEN HE TAN |
| Dated: May 19, 2023 | By: /s/ PHILIP COZENS<br>PHILIP COZENS<br>Counsel for Defendant JENNY CHU |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

| | |
|---|---|
| Dated: May 19, 2023 | /s/ John A. Mendez<br>THE HONORABLE JOHN A. MENDEZ<br>SENIOR UNITED STATES DISTRICT JUDGE |