MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
TIAN TAN

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  TIAN HE TAN and JENNY CHU,  Defendants. | CASE NO. 2:18-cr-00134-JAM  **STIPULATION AND ORDER TO RESET SENTENCING DATE**  DATE: November 5, 2024  TIME: 9:00 a.m. .  COURT: HON. JOHN A. MENDEZ |

**STIPULATION**

All parties hereto request a new date for sentencing, requesting **November 05, 2024, at 09:00 a.m.** Defense counsel is in trial September 10, 2024 with a criminal case with time not waived on that date, and defendant Tan will also be performing additional assistance with the government attorneys on matters set for trial and those efforts will affecting the sentencing in this matter.

The parties request the **new schedule** as follows:

Reply Date: **10/29/2024.**

Correction Date: **10/22/2024.**

IT IS SO STIPULATED.

Dated:  August 30, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ROGER YANG

Assistant United States Attorney

Dated: August 30, 2024

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant Tan


/s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant Chu

## FINDINGS AND ORDER

IT IS SO ORDERED.

Dated: August 30, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE