MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258


Attorney for Defendant
TIAN TAN

EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

                              Plaintiff,

          v.

TIAN TAN, et al.


                              Defendant.

CASE NO.  18-cr-00134-JAM

**STIPULATION TO RESET SENTENCING DATE; ORDER**

DATE: January 28, 2025
 TIME: 9:00 a.m.
COURT: HON. JOHN A. MENDEZ


**STIPULATION**

All parties hereto request a new date for sentencing, requesting **January 28, 2025, at 09:00 a.m.** Defendant Tan will and possibly defendant Chu, will be performing important additional assistance with the government attorneys on matters set for trial and those efforts will affecting the sentencing in this matter.

The parties request the new schedule as follows:

Reply Date: 1/21/2025

Correction Date: 1/14/2025

1

IT IS SO STIPULATED.

2
PHILLIP A. TALBERT
United States Attorney

Dated:  November 4, 2024

3

4
/s/ ROGER YANG

5
Assistant United States Attorney

6
Dated: November 4, 2024

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant Tan

7

8

9
/s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant Chu

10

11

12

13

14

15

16

**FINDINGS AND ORDER**

17

IT IS SO ORDERED.

18

Dated: November 06, 2024        /s/ John A. Mendez

THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE