MARK REICHEL ATTORNEY AT LAW
455 Capitol Mall, 8th Floor.
Sacramento, CA 95814
(916) 498-9258

Attorney for Defendant
TIAN TAN

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>TIAN HE TAN and JENNY CHU,<br><br>                Defendant. | CASE NO. 2:18-cr-00134-JAM<br><br>**STIPULATION TO RESET SENTENCING DATE; ORDER**<br><br>DATE: May 6, 2025<br>TIME: 9:00 a.m. .<br>COURT: HON. JOHN A. MENDEZ |

## STIPULATION

All parties hereto request a new date for sentencing, requesting **May 06, 2025, at 09:00 a.m.** Defendants are assisting the United States in the trial preparation for an upcoming complex and lengthy trial before this Court and will be testifying in that matter; their sentencing is requested to occur after that trial is completed. That trial starts April 7, 2025.

All parties request the new schedule as follows:

Formal Objections: **April 17, 2025**.

Sentencing Memorandums: **April 24, 2025**.

Sentence Date: **May 06, 2025**.

IT IS SO STIPULATED.

Dated: February 4, 2025

MICHELLE BECKWITH
United States Attorney

/s/ ROGER YANG

Assistant United States Attorney

Dated: February 4, 2025

/s/ MARK J. REICHEL
MARK J. REICHEL
Counsel for Defendant Tan


/s/ PHILIP COZENS
PHILIP COZENS
Counsel for Defendant Chu

## ORDER

IT IS SO ORDERED.

Dated: February 05, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO RESET SENTENCING