**REICHELLAW PC**
MARK REICHEL, ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
TIAN TAN

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br> TIAN HE TAN and JENNY CHU, <br><br> Defendants. | Case No.: 2:18-cr-00134-JAM <br><br> **SEVENTH STIPULATION AND ORDER TO RESET SENTENCING HEARING** <br><br> Date: June 17, 2025 <br> Time: 9:00 AM <br> Court: Hon. JOHN A. MENDEZ |

**STIPULATION**

All parties hereto request a new date for sentencing, requesting **June 17, 2025, at 09:00 a.m.**

Defendants were assisting the United States in trial preparation for a trial, which has now resolved.

Their sentencing is now ready to occur but counsel for all parties needs a brief continuance to get

appropriate pleadings on file.

All parties request the new schedule as follows:

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING
1

| | |
|---|---|
| Formal Objections: | **June 3, 2025** |
| Sentencing Memorandums: | **June 10, 2025** |
| Sentencing Date: | **June 17, 2025** |

IT IS SO STIPULATED.

Dated: May 6, 2025                                MICHELE BECKWITH
                                                                Acting United States Attorney

Dated: May 6, 2025                                */s/ ROGER YANG*
                                                                ROGER YANG
                                                                Assistant United States Attorney

Dated: May 6, 2025
                                                                */s/ PHILIP COZENS*
                                                                PHILIP COZENS
Dated: May 6, 2025                                Counsel for Jenny Chu

                                                                */s/ MARK REICHEL*
                                                                MARK REICHEL
                                                                Counsel for Defendant

STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING
2

**ORDER**

IT IS SO ORDERED.

Dated: May 07, 2025                    /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE