REICHELLAW PC
MARK REICHEL
ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
TIAN TAN

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>TIAN HE TAN,<br><br>     Defendant | Case No.: 2:18-cr-00134-JAM-1<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br><br>Date: August 5, 2025<br>Time: 9:00 AM<br>Court: Hon. JOHN A. MENDEZ |

**STIPULATION**

The parties hereto request a new date for sentencing. The date agreed upon is:

Judgment and Sentencing Date: **August 05, 2025, at 09:00 a.m.**

Defense counsel needs to file a declaration and provide additional information to the Court regarding the defendant's eligibility for safety valve and factors to consider for sentencing.

---

STIPULATION AND ORDER TO CONTINUE SENTENCING
1

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Michele Beckwith<br>Acting United States Attorney |
| Dated: July 8, 2025 | /s/ROGER YANG<br>ROGER YANG<br>Assistant United States Attorney |
| Dated: July 8, 2025 | /s/ MARK REICHEL<br>MARK REICHEL<br>Counsel for Defendant<br>Tian Tan |

**ORDER**

IT IS SO ORDERED.

Dated: July 08, 2025    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE